**Electronically Filed
Supreme Court
SCPW-20-0000645
16-NOV-2020
01:38 PM
Dkt. 6 ODDP**

SCPW-20-0000645

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANTHONY LE, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NOS. 1PC151000287 and 1PC151001009)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Loo, assigned by reason of vacancy)

Upon consideration of petitioner Anthony Le's "Motion to Release Non-Violent Community Custody Prisoner From Custody with Special Terms and Conditions Amid Coronavirus COVID-19 BioTerrorism Pandemic," which was filed as a petition for writ of habeas corpus on October 26, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, November 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Rhonda I.L. Loo